HELEN GOLDSTEIN, as Trustee in Bankruptcy of PINCUS BURGER, Appellant, *v.* EAST SIDE METAL SPINNING AND STAMPING CORPORATION et al., Respondents, Impleaded with Others.

(Argued May 26, 1936; decided July 8, 1936.)

*Herman S. Bachrach* and *Clarence G. Bachrach* for appellant.

*David Haar* for respondents.

Judgment affirmed, with costs; no opinion. (See 272 N. Y. 509.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.